Dismissed and Memorandum Opinion filed April 8, 2004









Dismissed and Memorandum Opinion filed April 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00020-CV

____________

 

STEPHEN DIFERRANTE, Appellant

 

V.

 

APARTMENT INVESTMENT AND
MANAGEMENT CO. a/k/a AIMCO, ET AL., Appellees

 



 

On Appeal from the 280th
District Court

Harris County,
Texas

Trial Court Cause No. 03-33073

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed December 8,
2003.  The notice of appeal indicates
appellant is appealing from an order granting a motion to withdraw filed by
appellant=s trial counsel.  This is an interlocutory order, not a final
appealable order, and appeal of this interlocutory order is not permitted by
statute.

On March 3, 2004, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for lack of jurisdiction.  See Tex.
R. App. P. 42.3(a).  Appellant
filed no response. 








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 8, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.